UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 2:22-mc-00216-TLN-AC |
| C F KOEHNEN & SONS INC., | ) ) ) |
| Respondent. | ) |

**[PROPOSED] ORDER**

Having reviewed the Respondent's motion for a continuance, the motion is hereby

**GRANTED**.  The hearing previously scheduled for October 5, 2022, is hereby rescheduled for

_____October 19_____, 2022, at _____10:00 a.m._____ .

**SO ORDERED**.

DATE:  October 5, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE